1 | BRENDA H. ENTZMINGER, ESQ.
Nevada Bar No. 9800
2 | BRANDON P. SMITH, ESQ.
Nevada Bar No. 10443
3 | PHILLIPS, SPALLAS & ANGSTADT LLC
504 S. Ninth St.
4 | Las Vegas, NV 89101
5 | (702) 938-1510
*Attorneys for Defendant*
6 | *Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRCT OF NEVADA

| | |
|---|---|
| GLADYS ESCALERA-SANTIAGO, individually, | Case No.: 2:10-cv-01233-LDG-RJJ |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WAL-MART STORES, INC., dba WAL MART STORE #2592, a Delaware corporation; DOES I-V; and ROE CORPORATIONS I-V, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear his

//

//

//

//

//

1 | or her own costs and attorney's fees.

| | |
|---|---|
| DATED this 14 day of April, 2011. | DATED this 12 day of October, 2011. |
| GLEN J. LERNER & ASSOCIATES | PHILLIPS, SPALLAS & ANGSTADT, LLC |
| Adam Smith, Esq.<br>4795 South Durango Drive<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiff* | Brenda H. Entzminger, Esq.<br>Brandon P. Smith, Esq.<br>*Attorneys for Defendant* |

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice each party to bear their own costs and attorney's fees.

DATED this 17 day of December, 2010.

_____
**DISTRICT COURT JUDGE**

Respectfully submitted by:

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

_____
BRANDON P. SMITH, ESQ.
Nevada Bar No. 10443
504 S. Ninth St.
Las Vegas, NV 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*